PATRICK LEE, Respondent, *v.* NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

(Argued March 24, 1930; decided April 8, 1930.)

*Thomas Downs* and *M. Harvey Smedley* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts, on the ground there is no evidence of defendant's negligence; no opinion.

Concur: CARDOZO, Ch. J., LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: POUND and CRANE, JJ.